Original

1

2   ASENCION GINES DOMINGUEZ
NORMA ALMAZAN COLORADO
3   1831 W FLORENCE AVE
LOS ANGELES CA 90047
4   PLAINTIFFS
IN PRO SE
5



FILED
RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

APR -7 2017

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

6

7

8

9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12   ASENCION GINES DOMINGUEZ, an | **Case No. 2:16-cv-00689 PSG (GJSx)**
13 individual "LA SONORA SANTANERA
DE CARLOS COLORADO"
14 NORMA ALMAZAN COLORADO, an
individual
15
PLAINTIFFS
16
vs
17
LEONIDAS OSORIO, an individual "LA
18 NUEVA SANGRE SONORA
SANTANERA"; ARTURO ORTIZ an
19 individual, "LA UNICA
INTERNACIONAL SONORA
20 SANTANERA S. de R.L. dba "LA
INTERNACIONAL SONORA
21 SANTANERA" S.A. de C.V.; ANTONIO
MENDEZ an individual dba "LA UNICA
22 INTERNACIONAL SONORA
SANTANERA S. de R.L. dba "LA
23 INTERNACIONAL SONORA
SANTANERA" S.A. de C.V.; RAUL
24 MENDOZA an individual Non-Register
"LA SONORA SANTANERA DE
25 CARLOS COLORADO,;
And DOES ONE THROUGH 20.
26
DEFENDANTS
27

28

**PLAINTIFFS' MOTION FOR CIVIL
CONTEMPT SANCTIONS OR IN
THE ALTERNATIVE FOR A
PRELIMINARY INJUNCTION;
MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT**

**Supplemental to Civil Action**

**No. 2:16-cv-00689 PSG (GJSx)**

**Hon. Philip S Gutierrez**

DATE: JUNE 12, 2017

TIME: 1:30 PM

DEPT: 6A
6th Floor

NOTICE OF MOTION AND MOTION FOR CIVIL CONTEMPT SANCTIONS OR IN THE ALTERNATIVE FOR A  MORE SPECIFIC PRELIMINARY INJUNCTION

Please take notice that Plaintiffs hereby move the Court for civil contempt sanctions against Defendants for violating this Court's Default Judgment Order issued on November 17, 2016, by (1)  In the alternative, Plaintiffs move for a further injunction.

Plaintiffs respectfully request that the Court find Defendants LEONIDAS OSORIO aka RONY OSORIO and RAUL MENDOZA be declare in contempt of court so that the order given by this Court on November 16, 2016 would be enforce as to make the Defendants come into immediate compliance with the Court's Order, as well as to order Defendants to file a status report on compliance each day until the Defendants are in full compliance with this Court's Default Judgment Order, and fine Defendants the sum of $25,000 for each violation in which Defendants have perpetrated out of compliance with this Court's Default Judgment Order. Plaintiffs' motion for civil contempt sanctions is made pursuant to the inherent authority of the Court on the ground that Defendants are presently violating this Court's Default Judgment Order, respectively. See Stone v. City and County of San Francisco, 968 F.2d 850, 856 & n.9 (9th Cir. 1992). Plaintiffs request that this Court issue a Preliminary injunction, ordering Defendants to refrain from further violating this Court's Order.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations in connection with this Motion, the [Proposed] Order Granting Plaintiffs' Motion, the complete files and

records of this action, and such other and further matters as the Court may properly consider.

Dated: March 29, 2017

Respectfully Submitted,


By: _____

        Asencion Gines Dominguez

        Plaintiff


By: _____

        Norma Almazan Colorado

        Co-Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TABLE OF CONTENTS TABLE OF AUTHORITIES..................................................................................ii

MEMORANDUM OF POINTS AND AUTHORITIES..................................................................................1

INTRODUCTION..................................................................................1

 BACKGROUND AND STATEMENT OF FACTS..................................................................................2 A.

Proceedingroceedings..................................................................................2 B.

ARGUMENT...................................................................10 A.

Defendants  Are In Contempt of This Court's Default Judgment Order ............................................................……….. ....................10

1. Contempt Standard ...................................................................10.

 2 Defendants Have Violated, And Continue To Violate, This Court's Default Judgment Order ...................................................................10

 I.  This Court's Default Order..................................................…….……….....11

 II.   The Defaulted Defendants Leonidas Osorio and Raul Mendoza have Made a Mockery of This Court's Order..................................…….……...……12

 III.  The Court Should Act Swiftly To Bring The Defaulted Defendants Leonidas Osorio and Raul Mendoza Into Compliance With Its Order.................................................…….……..…..11

B. Relief Requested ...............................................................……..…11

CONCLUSION .........................................................................10

TABLE OF AUTHORITIES FEDERAL CASES

In re Dual-Deck Video Cassette Recorder Antitrust Litigation, 10 F.3d 693 (9th Cir.
1993).............................................................................................10

Stone v. City and County of San Francisco, 968 F.2d 850 (9th Cir.
1992)………………………………………………….........11

." *Gompers* v. *Buck Stove & Range Co.*, 221 U.S. 418, 450
(1911)………………………………………………….……10

*Walker* v. *City of Birmingham*, 388 U.S. 307, 314 (1967) (internal quotations
omitted)……………………………………………………..11

*See United States* v. *Christie Indus., Inc.*, 465 F.2d 1002, 1007 (3d Cir.
1972)………………………………………………………..12

*United States* v. *Greyhound Corp.*, 508 F.2d 529, 532 (7th Cir. 1974)
(same)……………………………………………………10

## MEMORANDUM OF POINTS AND AUTHORITIES INTRODUCTION

Defendants have violated this Court's Default Judgment Order issued on November 17, 2016, by (1) enjoining the Defendants from using the name "Sonora Santanera" in any advertising, trademark registry or promotion; (2) Be ordered to remove the name "Sonora Santanera" from any and all websites under their control; (3) Be ordered to have any registration for any trademark containing the name "Sonora Santanera" prior to filing of this action cancelled. (4) Failing to serve and file a declaration of compliance demonstrating actual compliance with this Court's Judgment Order issued November 17, 2016.

Plaintiffs respectfully request that the Court find Defendants in contempt of court, order that Defendants come into immediate compliance with the Court's Order, order Defendants to file a status report on compliance each day until the Defendants are in full compliance with this Court's Default Order, and fine Defendants the sum of $25,000 for each violation perpetrated by Defendants Leonidas Osorio individually and Raul Mendoza individually. Plaintiffs' motion for civil contempt sanctions is made pursuant to the inherent authority of the Court on the ground that Defendants have violated this Court's Order specifically Defendants Leonidas Osorio has violated this Court's Order 11 times in fact as early as this Past Saturday April 01, 2017; Raul Mendoza has violated this Court's Order 3 times since this Court issue the Default Judgment. See Stone v. City and County of San Francisco, 968 F.2d 850, 856 & n.9 (9th Cir. 1992).

## BACKGROUND AND STATEMENT OF FACTS

A. Prior Proceedings On November 17, 2016, this Court (1) enjoining the Defendants from using the name "Sonora Santanera" in any advertising, trademark registry or promotion; (2) Be ordered to remove the name "Sonora Santanera" from any and all websites under their control;  (3) Be ordered to have any registration for any trademark containing the name "Sonora Santanera" prior to filing of this action cancelled.

"If a party can make himself a judge of the validity of orders which have been issued, and by his own act of disobedience set them aside, then are the courts impotent, and what the Constitution now fittingly calls the `judicial power of the United States' would be a mere mockery." *Gompers* v. *Buck Stove & Range Co.*, 221 U.S. 418, 450 (1911). That is precisely what the Defendants LEONIDAS OSORIO, an individual "LA NUEVA SANGRE SONORA SANTANERA"; ARTURO ORTIZ an individual, "LA UNICA INTERNACIONAL SONORA SANTANERA S. de R.L. dba "LA INTERNACIONAL SONORA SANTANERA" S.A. de C.V.; ANTONIO MENDEZ an individual dba "LA UNICA INTERNACIONAL SONORA SANTANERA S. de R.L. dba "LA INTERNACIONAL SONORA SANTANERA" S.A. de C.V.; RAUL MENDOZA an individual Non-Register "LA SONORA SANTANERA DE CARLOS COLORADO,(Hereinafter referred as "The Defaulted Defendants"); Have sought to achieve in the wake of this Court's November 17, 2016,

Default Judgment Order. The Court has received Plaintiffs Notice of Motion for Default Judgment good cause appearing , the motion is GRANTED  the Default Judgment shall be entered immediately in favor of the Plaintiffs against Defendants LEONIDAS OSORIO, an individual "LA NUEVA SANGRE SONORA SANTANERA"; ARTURO ORTIZ an individual, "LA UNICA INTERNACIONAL SONORA SANTANERA S. de R.L. dba "LA INTERNACIONAL SONORA SANTANERA" S.A. de C.V.; ANTONIO MENDEZ an individual dba "LA UNICA INTERNACIONAL SONORA SANTANERA S. de R.L. dba "LA INTERNACIONAL SONORA SANTANERA" S.A. de C.V.; RAUL MENDOZA an individual Non-Register "LA SONORA SANTANERA DE CARLOS COLORADO,;

In that order, this Court required the all named individuals shall:

1). Be enjoined from using the name "SONORA SANTANERA" in any advertising, trademark registry or promotion;

2). Be ordered to remove the name "SONORA SANTANERA" from any and all websites under their control; and

3). Be ordered to have any registration for any trademark containing the name "SONORA SANTANERA"  prior to filing of this action cancelled.

The Defaulted Defendants, without seeking further guidance from this Court or consulting the Plaintiffs. Far from treating the Court's Order with "[]obedience" and "respect[]" until properly challenged, *Walker* v. *City of Birmingham*, 388 U.S. 307, 314 (1967) (internal quotations omitted), the Defaulted Defendants have cynically acted as if the Default Judgment against them permits them to perpetuate the very

conditioning the Court enjoined. The Defaulted Defendants' naked attempt to defeat the purpose of the Court's Order and to further its litigation strategy is an affront to the Court's authority; the Court accordingly should hold the Defaulted Defendants in civil contempt and act swiftly to bring them into compliance. [1]

## ARGUMENT

A. Defendants Are In Contempt Of This Court's Default Judgment Order  1. Contempt standard The Court may issue a contempt order if Defendants "(1) [ ] violated the court order, (2) beyond substantial compliance, (3) not based on a good faith and reasonable interpretation of the order, (4) by clear and convincing evidence." In re Dual-Deck Video Cassette Recorder Antitrust Litig., 10 F.3d 693, 695 (9th Cir. 1993).

A district court "has wide latitude in determining whether there has been a contemptuous def[ianc]e of its order." Stone v. City and County of San Francisco, 968 F.2d 850, 856 (9th Cir. 1992) (internal quotation marks omitted). The moving party must demonstrate by clear and convincing evidence that the alleged contemnor violated "a specific and definite order of the court." Id. at 856 n.9. The burden then shifts to the opposing party to demonstrate that "they took every reasonable step to comply." Id. The contempt "need not be willful, and there is no good faith exception to the requirement of obedience to a court order." In re Dual-Deck, 10 F.3d at 695 2. Defendants Have Violated, And Continue to Violate, This Court's Default Judgment.

2. Defendants Have Violated, And Continue to Violate, This Court's Default Judgment Order.

As this Court has previously found, this will cause immediate and irreparable harm.

Defendants have not filed a Declaration of Compliance demonstrating actual compliance with the Court's Default Judgment Order and for an Order Granting Preliminary Injunction.

### B. Relief Requested

Plaintiffs request that the Court fine Defendants Leonidas Osorio and Raul Mendoza the sum of $25,000 per each violation they have caused. While Plaintiffs believe that Defendants have violated the clear terms of this Court's Default Judgment Order, Plaintiffs request in the alternative that this Court issue a further injunction ordering Defendants to refraining from any further violations of this Court Default Order.  This is important because it appears that Defendants are taking the position that they are already in full compliance with this Court's Order.

Plaintiffs respectfully request that the Court use its inherent power to enforce the Preliminary Injunction to order Defendants to provide the requested information.

# I.  This Court's Default Order

This Court enjoined the Defaulted Defendants :

All named individuals shall:

1). Be enjoined from using the name "SONORA SANTANERA" in any advertising, trademark registry or promotion;

2). Be ordered to remove the name "SONORA SANTANERA" from any and all websites under their control; and

3). Be ordered to have any registration for any trademark containing the name "SONORA SANTANERA"  prior to filing of this action cancelled.

The meaning of the Court's Order is obvious: Indeed, in light of the concerns that drove the Court to issue the Order, the proscription could have no other meaning. *See United States* v. *Christie Indus., Inc.*, 465 F.2d 1002, 1007 (3d Cir. 1972) (explaining that "[t]he language of an injunction must be read in light of the circumstances surrounding its entry" including "the mischief that the injunction seeks to prevent"); *United States* v. *Greyhound Corp.*, 508 F.2d 529, 532 (7th Cir. 1974) (same). impermissibly render the preliminary injunction's prohibition on conditioning a dead letter. *SeeGreyhound*, 508 F.2d at 533 (rejecting construction of decree that would "for all practical purposes" "render th[e] provision a nullity.

## II.   The Defaulted Defendants Leonidas Osorio and Raul Mendoza have Made a Mockery of This Court's Order

The Defaulted Defendants' appear not to care about this Court Order issue on November 17, 2016. They in fact have completely disregarde said order and have used the name "SONORA SANTANERA" even more than before the Court order was issued, telling promoters and the Plaintiffs that they don't give a royal fuck about this Court and its order that if said order had any true to it then they should be arrested and since the Plaintiffs will only act within the limits of the law, they have been powerless in the face of such callousness and complete and outer disregard to the Laws of the Land, Defendant Leonidas Osorio has made a video where he states that he is the only owner of the name "SONORA SANTANERA" but fails to mention this Court order and instead self-proclaims himself as the only legal owner of the "SONORA SANTANERA", Mr. Osorio has stated his willingness to come to this Court and present his version of the events, but still lacks any legal standing to make any claims over the Band name "SONORA SANTANERA" his transparent attempts to rewrite this Court Order to permit precisely what it precludes constitutes a flagrant disregard of this Court's lawful authority and warrants holding  the Defaulted Defendants' in civil contempt. *SeeGreyhound*, 508 F.2d at 532-33 (upholding *criminal* contempt conviction because the defendant's "strained and twisted interpretation of the order" would "render the provision a nullity" and explaining that such "`tortured constructions'" or "mere `paper compliance'" coupled with failure to seek clarification from the court is "strong evidence of a willful violation of the decree").

On December 17, 2016 , a month after the Court issued its Default Judgment against all Defendants, including but not limited to Leonidas Osorio AKA Rony Osorio scheduled a live performance using the name "SONORA SANTANERA" in a promotional advertising in direct violation and fragrant disregard of this Court Order issue on November 17, 2016. And went ahead with his performance at the California Commerce Casino, located at 6131 Telegraph Rd Commerce California 90040 a true and correct copy of said event is attached to this action SEE EXHIBIT "A" CALIFORNIA COMMERCE CASINO ATTACHED HERETO. Plaintiffs believe and therefore allege that for said performance Defendant Leonidas Osorio received a payment of $6,000.00 to the detriment of Plaintiffs.

On December 30, 2016 Defaulted Defendant Leonidas Osorio and his Band "La Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of this Court Order and proceeded with another performance this time in Dallas Texas at the Far West Night Club located at 400 S Buckner Blvd Dallas Texas a true and corrected copy of the flyer advertising and promoting said event SEE EXHIBIT "B" FAR WEST NIGHTCLUB FLYER ATTACHED HERETO, said Promotional advertising confused the general public leading them to believe they would be watching the "SONORA SANTANERA" when in reality they had paid to watch a group of impostors and infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the detriment of Plaintiffs.

1
2
3
4
5
6
7
8
9
10
11

On December 31, 2016 Defaulted Defendant Leonidas Osorio and his Band "La Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of this Court Order and proceeded with another performance this time in Cicero Illinois at the Palace Regency Ballroom located at 5600 Cermak Rd, Cicero Illinois 60804 a true and corrected copy of the flyer advertising and promoting said event SEE EXHIBIT "C" CENA BAILE DE ANO NUEVO ATTACHED HERETO, said promotional advertising has contributed to confused the general public leading them to believe they would be watching the "SONORA SANTANERA" when in reality they had paid to watch a group of impostors and infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the detriment of Plaintiffs.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On January 14, 2017 Defaulted Defendant Leonidas Osorio and his Band "La Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of this Court Order and proceeded with another performance this time in Montebello California at the Fiesta Mexican Restaurant Bar and Grill located at 1105 Whittier Blvd Montebello California 90640 a true and corrected copy of the flyer advertising and promoting said event SEE EXHIBIT "D" NO BUSQUE MAS ATTACHED HERETO, said  promotional advertising has contributed to confused the general public leading them to believe they would be watching the "SONORA SANTANERA" when in reality they had paid to watch a group of impostors and infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the detriment of Plaintiffs.

1        On February 10, 2017 Defaulted Defendant Leonidas Osorio and his Band

2    "La Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of

3    this Court Order and proceeded with another performance this time in Bakersfield

4    California at the La Movida Night Club located at 212 E 18Th St Bakersfield

5    California 93305 a true and corrected copy of the flyer advertising and promoting said

6    event SEE EXHIBIT "E" GRAN BAILE DE LOS ENAMORADOS ATTACHED

7    HERETO, said  promotional advertising has contributed to confused the general

8    public leading them to believe they would be watching the "SONORA

9    SANTANERA" when in reality they had paid to watch a group of impostors and

10    infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe

11    and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the

12    detriment of Plaintiffs.

13

14

15        On February 11, 2017 Defaulted Defendant Leonidas Osorio and his Band

16    "La Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of

17    this Court Order and proceeded with another performance this time in Wilmington

18    California at the Longmen's and Warehousemen's Memorial Association 231 W "C"

19    located at 212 E 18Th St Wilmington California 90744 a true and corrected copy of the

20    flyer advertising and promoting said event SEE EXHIBIT "F" 11 DE FEBRERO

21    ATTACHED HERETO, said  promotional advertising has contributed to confused the

22    general public leading them to believe they would be watching the "SONORA

23    SANTANERA" when in reality they had paid to watch a group of impostors and

24    infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe

25    and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the

26    detriment of Plaintiffs.

27

28

1    On February 11, 2017 Defaulted Defendant Leonidas Osorio and his Band "La

2    Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of this

3    Court Order and proceeded with another performance this time in Montebello

4    California at the Quiet Cannon located 901 Via San Clemente Montebello California

5    90640 a true and corrected copy of the flyer advertising and promoting said event SEE

6    EXHIBIT "G" QUIET CANNON 11 DE FEBRERO  ATTACHED HERETO, said

7    promotional advertising has contributed to confused the general public leading them

8    to believe they would be watching the "SONORA SANTANERA" when in reality

9    they had paid to watch a group of impostors and infringers, while at the same time

10   diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Leonidas

11   Osorio collected the sum of $6,000.00 to the detriment of Plaintiffs.

12

13

14

15

16          On February 11, 2017 Defaulted Defendant Raul Mendoza  and his Band

17   " SONORA SANTANERA Tributo a Carlos Colorado" joined Defendant Raul

18   Mendoza with with his blatant disregard of this Court Order and proceeded with a

19   performance in Oxnard  California at Casa Lopez Restaurant located 325 South "A"

20   Street Oxnard California 93030 a true and corrected copy of the flyer advertising and

21   promoting said event SEE EXHIBIT "H" GRAN BAILE DEL DIA DE LOS

22   ENAMORADOS 11 DE FEBRERO  ATTACHED HERETO, said  promotional

23   advertising has contributed to confused the general public leading them to believe they

24   would be watching the "SONORA SANTANERA" when in reality they had paid to

25   watch a group of impostors and infringers, while at the same time diluting the

26   Plaintiffs' trademark. Plaintiffs believe and therefore allege that Raul Mendoza

27   collected the sum of $5,000.00 to the detriment of Plaintiffs.

28

1              On March 18, 2017 Defaulted Defendant Raul Mendoza and his Band

2    "SONORA SANTANERA Tributo a Carlos Colorado" continue with his blatant

3    disregard of this Court Order and proceeded with another performance this time in El

4    Paso Texas at the Sand Dunes Ballroom located 11400 Rojas and Lee Trevino El Paso

5    Texas 79936  a true and corrected copy of the flyer advertising and promoting said

6    event SEE EXHIBIT "I" SAND DUNES BALLROOM MARCH 18 ATTACHED

7    HERETO, said  promotional advertising has contributed to confused the general

8    public leading them to believe they would be watching the "SONORA

9    SANTANERA" when in reality they had paid to watch a group of impostors and

10   infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe

11   and therefore allege that Raul Mendoza collected the sum of $5,000.00 to the

12   detriment of Plaintiffs.

13

14

15             On March 18, 2017 Defaulted Defendant Raul Mendoza and his Band

16   "SONORA SANTANERA Tributo a Carlos Colorado" continue with his blatant

17   disregard of this Court Order and proceeded with another performance this time in Las

18   Vegas Nevada at the same time that his second event in El Paso Texas at the Sand

19   Dunes Ballroom His First event on the same day at the Broad Acres Marketplace

20   located 2030 North Las Vegas Blvd North Las Vegas Nevada 89030 a true and

21   corrected copy of the flyer advertising and promoting said event SEE EXHIBIT "J"

22   BROADACRES MARKETPLACE MARCH 18 ATTACHED HERETO, said

23   promotional advertising has contributed to confused the general public leading them

24   to believe they would be watching the "SONORA SANTANERA" when in reality

25   they had paid to watch a group of impostors and infringers, while at the same time

26   diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Raul

27   Mendoza collected the sum of $4,000.00 to the detriment of Plaintiffs.

28

On March 25, 2017 Defaulted Defendant Leonidas Osorio and his Band "La Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of this Court Order and proceeded with another performance this time back again at Commerce  California at the California Commerce Casino located 6131 E Telegraph Rd Commerce California 90040 a true and corrected copy of the flyer advertising and promoting said event SEE EXHIBIT "K" SUPERBAILAZO.COM 25 DE MARZO ATTACHED HERETO, said  promotional advertising has contributed to confused the general public leading them to believe they would be watching the "SONORA SANTANERA" when in reality they had paid to watch a group of impostors and infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the detriment of Plaintiffs.

On March 25, 2017 Defaulted Defendant Leonidas Osorio and his Band "La Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of this Court Order and proceeded with another double performance on the same night at a different location this time at the Hacienda of Anaheim Restaurant and Night Club located 501 South Brookhurst Street Anaheim California 92804 a true and corrected copy of the flyer advertising and promoting said event SEE EXHIBIT "L" SABADO 25 DE MARZO  ATTACHED HERETO, said  promotional advertising has contributed to confused the general public leading them to believe they would be watching the "SONORA SANTANERA" when in reality they had paid to watch a group of impostors and infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the detriment of Plaintiffs.

On March 31, 2017 Defaulted Defendant Leonidas Osorio and his Band "La Nueva Sangre SONORA SANTANERA" continue with his blatant disregard of this Court Order and proceeded with another double performance on the same night at a different location this time at Estrellas del Milenium Night Club located 850 N State St Elgin Illinois a true and corrected copy of the flyer advertising and promoting said event SEE EXHIBIT "M" VIERNES 31 DE MARZO ATTACHED HERETO, said promotional advertising has contributed to confused the general public leading them to believe they would be watching the "SONORA SANTANERA" when in reality they had paid to watch a group of impostors and infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the detriment of Plaintiffs.

On April 01, 2017 Defaulted Defendant Leonidas Osorio changing the name of his Band to "La Unica Internacional SONORA SANTANERA" said name belongs to the other two Defaulted Defendants ARTURO ORTIZ and ANTONIO MENDEZ usurping the Band name from the above mentioned Defaulted Defendants literally going out of control and disregarding all legal constrains placed upon him has and will continue with his blatant disregard of this Court Order and proceeded with another performance this time the Aragon Ballroom in the City of Chicago Illinois located 1106 W Lawrence Ave Chicago Illinois 60640 a true and corrected copy of the flyer advertising and promoting said event SEE EXHIBIT "N" VIVETUMUSICA.COM 01 DE ABRIL ATTACHED HERETO, said promotional advertising has contributed to confused the general public leading them to believe they would be watching the "SONORA SANTANERA" when in reality they had paid to watch a group of impostors and infringers, while at the same time diluting the Plaintiffs' trademark. Plaintiffs believe and therefore allege that Leonidas Osorio collected the sum of $6,000.00 to the detriment of Plaintiffs.

   The Defaulted Defendants Leonidas Osorio and Raul Mendoza have been openly violating this Court Default Judgment by continuing to use the name "SONORA SANTANER" in adverting and promotional print via flyers in their numerous events since November 17, 2016, with Leonidas Osorio login 10 different event plus one more upcoming event on April 01, 2017. Raul Mendoza violated this Court's Order 3 times on his own,  continuing to work out precisely how to avoid the forbidden conditioning; but "[i]t does not lie in [Rony Osorio and Raul Mendoza's'] mouth[s] to say that [they] have an immunity from civil contempt because the plan or scheme which [they] adopted was not specifically [forbidden]." *McComb* v. *Jacksonville Paper Co.*,336 U.S. 187, 192 (1949). The Defaulted Defendants are "not an unwitting victim[s] of the law" but rather "took a calculated risk when under the threat of contempt [they] adopted measures designed to avoid the legal consequences" of this Court's order. *Id.* at 193.



   The Defaulted Defendants appear to seek to make a mockery of the Court's Order in the hopes of bolstering its argument that they have "`unfettered liberty'".   At the same time as they ignore the Default Judgment  that is simply too great to tolerate indefinitely" until the Plaintiff s' request for permanent relief is "finally resolved." Mem. at 17.

### III. The Court Should Act Swiftly To Bring the Defaulted Defendants Leonidas Osorio and Raul Mendoza into Compliance with Its Order

Accordingly, the Plaintiffs requests that the Court judge The Defaulted Defendants in civil contempt. Because of the flagrant manner in which They violated this Court Order, and to ensure compliance in the future, the Plaintiffs believe an appropriate remedial sanction is an order requiring Leonidas Osorio and Raul Mendoza to give the Plaintiffs and the Court at least 30 days notice (1) Leonidas Osorio and Raul Mendoza intent to refrain from their continuos commercially use of the name "SONORA SANTANERA",; (2) of the steps Leonidas Osorio and Raul Mendoza intend to take to ensure that they would not longer be using the name "SONORA SANTANERA" in compliance with the Default Judgment entered against them. [4]

The Plaintiffs further seek an order from the Court requiring Defaulted Defendants to comply with the outstanding Default Judgment entered against all the Defendants in this case in the manner outlined above.

Specifically, the Plaintiffs requests that follow this Court order issue on November 17, 2016, as outlined in the attached proposed order. The Plaintiffs believe that the Court can and should act swiftly in ruling on the Plaintiffs' Motion. There is particular urgency in this period.

The Plaintiffs therefore requests that the Court require Leonidas Osorio and Raul Mendoza to respond to this Motion by Friday, April 28, 2017. The Plaintiffs further requests that the Court grant the requested relief as soon thereafter as possible. [5]

Dated: March 29, 2017

By: _____

ASENCION GINES DOMINGUEZ

Respectfully submitted,


By: _____

NORMA COLORADO ALMAZAN

Respectfully submitted,

EXHIBIT "A"



A

EXHIBIT "C"



EXHIBIT "D"



**Encuentra el mejor Entretenimiento**

100% Familiar

Entrada Gratis

FIESTA MEXICANA Con su cena
BAR & GRILL

# SABADO 14 DE ENERO

## CON LA MAGNIFICA Y UNICA

Sonora Santanera
LA NUEVA SANGRE
RONY OSORIO

Con su Producción
Hola Soledad
**Interpretando todos sus éxitos**
Es la boa · Perfume de Gardenia
· Mi Razón

**TODOS LOS VIERNES**
A BAILAR CON "LA DINAMITA"

# TARDEADAS NORTEÑAS
**todos los Domingos**

Juan Carlos
**La Imagen de Juan Gabriel**

**Mariachi Fiesta Mexicana**

**Carlos Rosas y su alianza NORTEÑA**

**1105 Whittier Blvd. Montebello, CA 90640**

EXHIBIT "E"

Case 2:16-cv-00689-PSG-SS Document 65 Filed 04/07/17 Page 30 of 46 Page ID #:498



GRAN Baile
De los
Enamorados

viernes 10 de febrero

los angele
NEGROS

SONORA
Dinamit

TRIBUTO AL AHOW D

TERRICOLAS

MOVIDA Los Apson
NIGHT CLUB

RESEVACIONES 661 979 0218

OLETOS A LA VENTA    TICKENTON  COM

A JAULA DEL MERCADO LATINO   MARISCOS LAS ISLITAS  TRES HERMANOS DE DELANO

LA CARNICERIA LA CARRETA    LA CANASTA DE WASCO   CARNICERIA JALISCO

E

EXHIBIT "F"

Case 2:16-cv-00689-SJO-GJS Document 85 Filed 04/07/17 Page 32 of 46 Page ID #:500

# DE WILMINGTON
# 231 C ST. WILMINGTON CA 9074

TICKETON™ **PRE-VENTA $60** TICKETON

# ABADO 11 FEBRER

## DE 6PM A 2AM

### RECTAMENTE DE ARGENTI

# OS BRIOS
# AMINANTES
# ONORA SANTANER
# NGELES NEGRO
# ERRICOLA
# ONORA DINAMIT
## RIBUTO AL SUPER SHOW
# OS APSO

EXHIBIT "G"

EXHIBIT "H"



Case 2:16-cv-00689-USG-DJS   Document 65   Filed 03/07/17   Page 36 of 46   Page ID #:504

**GRAN BAILE DEL**

# Dia de los Enamorados

**FEBRERO 11 SAB**

## Elio ROCA
Desde Argentina

## LOS FREDDY'S
DE ARTURO CISNEROS

## LOS ANGELES NEGROS

## Sonora Santanera
Tributo a Carlos Colorado

## LOS ROCKIN Devil's

## REVOLUCION DE EMILIANO ZAPATA

**INFO. Y RESERVACIONES:**
**(805) 240-9730**

EXHIBIT "I"

# SAND DUNES BALLROOM, 11400 ROJAS Y LEE TREVINO EL PASO TEXAS

# SABADO 18 DE MARZO
# CELEBRANDO 54 ANIVERSARIO



## LOS &54 SOLITARIOS
### ANIVERSARIO

## Sonora Santanera
#### Tributo a Carlos Colorado

## Los Silver

## LOS FRONTERAS

## PREVENTA
# $30 dlls
### 7pm - 2am

## DJ FERNY

EXHIBIT "J"



EXHIBIT "K"



EXHIBIT "L"



EXHIBIT "N"

