UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-689 PSG (GJSx) | Date | February 2, 2018 |
|---|---|---|---|
| Title | Asencion Gines Dominguez, *et al*. v. Leonidas Osorio, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** **The Court GRANTS Defendants' Motion to Set Aside Default**

Before the Court is Defendant Leonidas Osorio's motion to set aside default, *see* Dkt. #74, *Motion to Set Aside Default*, and Defendant Raul Mendoza's notice of joinder in that motion. *See* Dkt. #76, *Joinder to Motion to Set Aside Default*. Pursuant to Local Rule 7-9, Plaintiff was required to oppose the motion by January 16, 2018. *See* L.R. 7-9. Plaintiff has not filed an opposition to the motion, timely or otherwise. Thus, pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition as consent to granting the motion. *See* L.R. 7-12.

Accordingly, the Court **GRANTS** Defendants' motion to set aside default.

**IT IS SO ORDERED**.